CHARLOTTE HOFFMAN, Appellant, v. MEYER HOFFMAN, Respondent.— In an action for separation, plaintiff appeals from a judgment in her favor insofar as it limits the award of alimony and denies her a counsel fee in addition to that previously awarded. Judgment modified on the facts by increasing the alimony to $125 a week, and by directing defendant to pay plaintiff $500 as additional counsel fee. As so modified, judgment unanimously affirmed, with costs. On the facts adduced, the award of $75 a week as alimony was inadequate, and the services rendered by plaintiff's counsel justified an additional allowance of $500. Present — Wenzel, Acting P. J., MacCrate, Beldock, Murphy and Ughetta, JJ. Settle order on notice. [See *post*, p. 1174.]

In the Matter of the Estate of HERMAN M. BRALOFF, Deceased. HERBERT S. GREENBERG et al., as Executors of HERMAN M. BRALOFF, Deceased, Appellants; MORRIS BRALOFF, as Coexecutor, Respondent.— Application by two executors to restrain their coexecutor from unilaterally taking any action as executor, on behalf of the estate or otherwise, including but not limited to the filing of any Federal estate tax return. The will provides that a majority vote of the executors control as to all matters. The application was denied without prejudice to renew if other action is taken unilaterally contrary to the terms of the will, on the grounds that the court was without power to enjoin respondent from filing a Federal estate tax return and that the provisions of the will do not prevent respondent from filing such return. Order of the Surrogate's Court, Nassau County, insofar as appealed from, affirmed, without costs. No opinion. MacCrate, Acting P. J., Schmidt, Beldock, Murphy and Ughetta, JJ., concur.

CITY OF NEW ROCHELLE, Respondent, v. MORGAN H. SEACORD, Appellant.— In an action in rem to foreclose tax liens, order of the County Court, Westchester County, granting plaintiff's motion for summary judgment, and judgment entered in accordance therewith, unanimously affirmed, with $10 costs and disbursements. No opinion. Present — MacCrate, Acting P. J., Schmidt, Beldock, Murphy and Ughetta, JJ.